IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANCISCO GUEVARA-ZAMUDIO, <br><br> Defendant. | 8:18–CR–152 <br><br> **ORDER** |

On April 26, 2024, this Court entered an Order denying Francisco Guevara-Zamudio's *pro se* Motion to Reduce Sentence. Filing 498. The Court concluded that Guevara-Zamudio was not entitled to relief as a zero-point offender under Amendment 821 to the United States Sentencing Guidelines because he possessed a firearm in connection with his offense of conviction. *See* U.S.S.G. § 4C1.1(7).[1] A little over three months later, on August 2, 2024, Guevara-Zamudio filed a *pro se* Motion for Reconsideration. Filing 518. Guevara-Zamudio acknowledges the basis for this Court's prior ruling but contends that the firearm enhancement he received in his presentence report "was not applicable" and that he is entitled to a sentence reduction. Filing 518 at 1. This Motion is without merit. Although Guevara-Zamudio did object to the firearm enhancement in the presentence report prior to his sentencing, Filing 294, that objection was overruled and the presentence report was adopted. Filing 297 (Text Minute Entry); Filing 299. This matter was previously litigated and resolved, and Guevara-Zamudio's Motion for Reconsideration is without basis under any standard of review. Accordingly,

IT IS ORDERED: Francisco Guevara-Zamudio's *pro se* Motion for Reconsideration, Filing 518, is denied.

---

[1] Both the United States Probation Office and the Assistant Federal Public Defender who was appointed to represent Guevara-Zamudio after he filed his *pro se* Motion agreed that Guevara-Zamudio was not entitled to relief as a result of his firearm possession. Filing 491 at 1; Filing 496 at 1.

1

Dated this 6th day of August, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge